IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVIS FRYE,

    Plaintiff,

v.                                       Civil Action No. 3:18CV571

QUIDWAI,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 17, 2018, the Court conditionally docketed this action filed by Travis Frye. On October 25, 2019, the United States Postal Service returned an October 17, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NO LONGER AT THIS INSTITUTION." Since that date, Frye has not contacted the Court to provide a current address. Frye's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Frye.

                                        /s/     *RSP*
                              Robert E. Payne
Date: *October 31, 2019*     Senior United States District Judge
Richmond, Virginia